# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-4492

———————————————————

MICHAEL D. GOODSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 4, 2019

PER CURIAM.

    DENIED.

ROBERTS, RAY, and JAY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Michael D. Goodson, pro se, Petitioner.

Ashley Moody, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Respondent.